**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** .....California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES QUAIFE,<br><br>         Plaintiff,<br><br>vs.<br><br>THE CITY OF REDDING;<br>THE CITY OF REDDING POLICE DEPARTMENT;<br>JACOB PROVENCIO, Individually, and in his Official Capacity as a Police Officer with the Redding Police Department;<br>DOES 1 through 20.<br><br>         Defendants. | NO.  2:20-CV-02073-MCE-DMC<br><br>**STIPULATION AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER; ORDER THERETO** |

IT IS HEREBY STIPULATED by and between Plaintiff, MILES QUAIFE, and Defendants, THE CITY OF REDDING, THE CITY OF REDDING POLICE DEPARTMENT and JACOB PROVENCIO, Individually, and in his Official Capacity as a Police Officer with the Redding Police Department, by and through their attorneys of record, that good cause exists and the parties request that the Court modify the Initial Pretrial Scheduling Order filed in this matter on October 16, 2020 for the following reasons:

Page 1 of 3
**Stipulation and Request for Modification of Scheduling Order; Order Thereto**
**Case No. 2:20-CV-02073-MCE-DMC**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

1. The parties have not previously requested an extension or modification of the Initial Scheduling Order.

2. To be able to negotiate possible resolution of this matter, the parties had been waiting for Plaintiff's alleged injuries to stabilize. Following a recent doctor's visit, the parties now believe that point has been reached.

3. Consequently, the parties will, now, endeavor to explore formal and/or informal ADR options or discussions and if unsuccessful, the parties will continue with necessary discovery.

4. Accordingly, the parties respectfully request that the Court issue an order extending discovery, as described and outlined in Section III of the Initial Scheduling Order, for a period of ninety (90) days so that all discovery, with the exception of expert discovery, shall be completed no later than February 28, 2022. All other dates in the Initial Scheduling Order would be adjusted similarly.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED:  September 29, 2021          BARR & MUDFORD

 /s/ BRANDON STORMENT
BRANDON STORMENT (SBN 267260)
CATHLEEN THERESA BARR (SBN 295538)
ESTEE LEWIS (SBN 268358)
Attorneys for Plaintiff

DATED:  September 29, 2021          McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

/s/ NOAH G. BLECHMAN

NOAH G. BLECHMAN
Attorneys for Defendants, THE CITY OF REDDING, THE CITY OF REDDING POLICE DEPARTMENT AND JACOB PROVENCIO, Individually, and in his Official Capacity as a Police Officer with the Redding Police Department

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 2 of 3
**Stipulation and Request for Modification of Scheduling Order; Order Thereto**
**Case No. 2:20-CV-02073-MCE-DMC**

## ORDER

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby ORDERS the Initial Pretrial Scheduling Order (ECF No. 3) be modified to extend discovery by ninety (90) days so that all discovery, with the exception of expert discovery, shall be completed no later than February 28, 2022.

IT IS SO ORDERED.

Dated: October 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Page 3 of 3
**Stipulation and Request for Modification of Scheduling Order; Order Thereto**
**Case No. 2:20-CV-02073-MCE-DMC**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008