1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  ASHLEE N. THOMAS (State Bar No. 338787)
   Ashlee.Thomas@mcnamaralaw.com
3  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
4  3480 Buskirk Avenue, Suite 250
   Pleasant Hill, CA 94523
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
7  Attorneys for Defendants
   THE CITY OF REDDING; THE CITY OF REDDING POLICE
   DEPARTMENT; and JACOB PROVENCIO, Individually, and
8  in his Official Capacity as a Police Officer with the Redding
   Police Department

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MILES QUAIFE, | Case No. 2:20-CV-02073-MCE-DMC |
|---|---|
| Plaintiffs, | **STIPULATION AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER AND ORDER MODIFYING SCHEDULING ORDER** |
| vs. | |
| THE CITY OF REDDING; THE CITY OF REDDING POLICE DEPARTMENT; JACOB PROVENCIO, Individually, and in his Official Capacity as a Police Officer with the Redding Police Department; DOES 1 through 20, | |
| Defendants. | |

It is hereby stipulated by and between Plaintiff MILES QUAIFE and Defendants THE CITY OF REDDING, THE CITY OF REDDING POLICE DEPARTMENT and JACOB PROVENCIO, by and through their attorneys of record, that good cause exists and request the Court modify the Initial Pretrial Scheduling Order filed in this matter on October 16, 2020 and the Modification of Scheduling Order filed in this matter on October 7, 2021, for the following reasons:

1. The deadline for the completion of fact discovery is currently February 28, 2022.

2. The Parties have a scheduled mediation to occur in this matter on February 24, 2022.

STIP. AND REQUEST FOR MODIFICATION OF
SCHEDULING ORDER AND ORDER - 2:20-
CV-02073-MCE-DMC

3. In an effort to conserve resources and facilitate settlement between the parties, the parties have previously agreed to defer costly discovery until after the mediation. If the mediation is unsuccessful, then the parties would need some time for further discovery efforts and all sides have agreed to these positions and tactics.

4. Accordingly, the parties respectfully request that the Court issue an order extending discovery, initially described and outlined in Section III of the Initial Scheduling order, as modified in the Court's order of October 6, 2021, for ninety (90) days, so that all discovery, with the exception of expert discovery, shall be complete no later than **May 30, 2022**. The other dates as describe in ECF 6 shall move accordingly.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: January 21, 2021          **BARR & MUDFORD, LLP**

                                 By:   /s/ Brandon Storment
                                       Estee Lewis (SBN 268358)
                                       Brandon Storment (SBN 267260)
                                       Attorneys for Plaintiff

Dated: January 21, 2022          MCNAMARA, NEY, BEATTY, SLATTERY,
                                 BORGES & AMBACHER LLP


                                 By:   /s/ Noah G. Blechman
                                       Noah G. Blechman
                                       Ashlee N. Thomas
                                       Attorneys for Defendants
                                       THE CITY OF REDDING; THE CITY OF
                                       REDDING POLICE DEPARTMENT; and
                                       JACOB PROVENCIO, Individually, and in his
                                       Official Capacity as a Police Officer with the
                                       Redding Police Department

STIP. AND REQUEST FOR MODIFICATION OF      2
SCHEDULING ORDER AND ORDER - 2:20-
CV-02073-MCE-DMC

## **ORDER**

The Court, having reviewed the Stipulation of parties and finding good cause, hereby ORDERS the Initial Pretrial Scheduling Order (ECF 6) and Order Modifying Schedule (ECF 11) be modified to extend discovery by ninety (90) days, so that all discovery with the exception of expert discovery, shall be completed no later than **May 30, 2022**, and that all dates stemming therefrom are modified accordingly.

IT IS SO ORDERED.

DATED:  JANUARY 26, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIP. AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER AND ORDER - 2:20-CV-02073-MCE-DMC    3