**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** .....California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008   Facsimile: (530) 243-1648

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES QUAIFE,<br><br>           Plaintiff,<br><br>vs.<br><br>THE CITY OF REDDING;<br>THE CITY OF REDDING POLICE DEPARTMENT;<br>JACOB PROVENCIO, Individually, and in his Official Capacity as a Police Officer with the Redding Police Department;<br>DOES 1 through 20.<br><br>           Defendants. | NO. 2:20-CV-02073-MCE-DMC<br><br>**ORDER RE JOINT NOTICE OF SETTLEMENT** |

The Court having reviewed the foregoing and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1. All upcoming dates in this action are VACATED; and

2. The deadline to file dispositional papers is set for ninety (90) days after the date of filing of the Joint Notice of Settlement.

IT IS SO ORDERED.

Dated: April 25, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 1 of 2
Order Re Joint Notice of Settlement