**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**...................................California State Bar No. 268358
**CATHLEEN THERESA BARR** .....California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD**
1824 Court Street/Post Office Box 994390
Redding, California  96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES QUAIFE, | NO.  2:20-CV-02073-MCE-DMC |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE CASE** |
| vs. | |
| THE CITY OF REDDING; THE CITY OF REDDING POLICE DEPARTMENT; JACOB PROVENCIO, Individually, and in his Official Capacity as a Police Officer with the Redding Police Department; DOES 1 through 20. | |
| Defendants. | |

Pursuant to the stipulation by the parties to dismiss this case in its entirety, IT IS HEREBY ORDERED THAT this case is DISMISSED in its entirety with prejudice.  Each party shall bear his or its own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  May 24, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1 of 2
Order Re Stipulation for Dismissal of Entire Case